# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE

2005 FEB -4  A 10: 47

**SUMMONS IN A CIVIL ACTION**

U.S. DISTRICT COURT
DISTRICT OF MASS.

CARMON + CARMON, a partnership,

V.

DENNIS CAMPBELL

CASE NUMBER:

**05C 10198 PBS**

TO: (Name and address of Defendant)   DENNIS CAMPBELL
Schweigmuhlweg 6A
5020 Salzburg, Austria

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin J. O'Connor (BBO# 555250)
Paragon Law Group, LLP
184 High Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                            DATE   FEB - 2 2005

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 2, 2005 |
| NAME OF SERVER (PRINT) Jill Sartori | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Suffolk Law School
120 Tremont Street
Boston, MA 02108

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 2, 2005    *[signature]*
            Date            Signature of Server

6 Beacon Street, Boston, MA 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.