UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARMON & CARMON, a partnership, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No. |
| | ) | 05-CV-10198-PBS |
| DENNIS CAMPBELL | ) | |
| Schweigmuhlweg 6A | ) | |
| 5020 Salzburg, Austria, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR LEAVE FOR
## ATTORNEY JOHN C. LOWE TO APPEAR *PRO HAC VICE*

Plaintiff Carmon & Carmon (hereinafter "Plaintiff") hereby moves for an Order

admitting John C. Lowe, John Lowe, PC, 5920 Searl Terrace, Bethesda, MD 20816-

2023, to the Bar of this Court pursuant to Local Rule 83.5.3. (A Proposed Order is

annexed hereto at Exhibit 1.) As grounds for this motion, Plaintiff states as follows:

1.    The undersigned is a member of this Court, in good standing, and submits

a supporting affidavit and notice of appearance contemporaneously herewith. (The

required admission fee is being filed separately. See Electronic Filing Administrative

Procedure "F.")

2.    Mr. Lowe has executed a Certificate of Good Standing in accordance with

Local Rule 83.5.3, which is also submitted contemporaneously herewith.

Dated: February 28, 2005
Boston, MA

Respectfully Submitted,

/s/ Mayeti Gametchu
Kevin J. O'Connor (BBO #555250)
Mayeti Gametchu (BBO #647787)
James W. Bell (BBO #658123)
PARAGON LAW GROUP, LLP
184 High Street, 4th Floor
Boston, MA 02110
Telephone:    617-399-7950
Fax:              617-399-7955
gametchu@paragonlaw.com

Attorneys for Plaintiffs
CARMON & CARMON

OF COUNSEL

John C. Lowe
JOHN LOWE, P.C.
5920 Searl Terrace
Bethesda, MD 20816-2023
Telephone:    301-320-5595
Fax:              301-320-8878
johnlowe@johnlowepc.com

## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that, on February 28, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail upon the following person:

    /s/ Mayeti Gametchu

Mark Schonfeld, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110