UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMON & CARMON, a partnership, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS CAMPBELL )<br>Schweigmuhlweg 6A )<br>5020 Salzburg, Austria, )<br>)<br>Defendants. )<br>) | CIVIL ACTION No.<br>05-CV-10198-PBS |

**AFFIDAVIT OF MAYETI GAMETCHU**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Mayeti Gametchu, being duly sworn, declare and state as follows:

1. I am a partner in the law firm of Paragon Law Group, LLP, 184 High Street, Boston, MA 02110, which serves as local counsel for Plaintif Carmon & Caromon (hereinafter "Plaintiff") in the above-captioned action.

2. I am a member of good standing of the Bar of the State of Massachusetts and of the United States District Court of Massachusetts. I respectfully submit this affidavit in support of Plaintiff's motion for an order, pursuant to Local Rule 83.5.3(b) of this Court admitting John C. Lowe, John Lowe, PC, 5920 Searl Terrace, Bethesda, MD 20816-2023, to the Bar of this Court to argue and try, in whole or part, the above-captioned action on behalf of Plaintiff.

3. Mr. Lowe is duly admitted to practice in North Carolina, Virginia, Maryland and Washington D.C. Mr. Lowe is in good standing as a member of the bars of

said states and district, and there are no disciplinary proceedings pending against him as members of the bar in any jurisdiction.

   4.  Mr. Lowe is familiar with the requirements of the Local Rules of this Court.

   I declare under the penalty of perjury that the foregoing is true and correct. Signed this 28th day of February 2005 in Boston, Massachusetts.

              /s/ Mayeti Gametchu
              Mayeti Gametchu (BBO# 647787)

## CERTIFICATE OF SERVICE

   I, Mayeti Gametchu, hereby certify that, on February 28, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail upon the following person:

              /s/ Mayeti Gametchu

Mark Schonfeld, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110