UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMON & CARMON, a partnership, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS CAMPBELL )<br>Schweigmuhlweg 6A )<br>5020 Salzburg, Austria, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION No.<br>05- CV-10198-PBS |

## CERTIFICATE OF JOHN C. LOWE
## IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, John Lowe, being duly sworn, declare and state as follows:

1. I am an attorney at John C. Lowe, PC, 5920 Searl Terrace, Bethesda, MD 20816-2023, and serve as counsel for Plaintiff Carmon & Carmon in the above-captioned action.

2. I submit this certificate in support of my application for admission as counsel, *pro hac vice*, pursuant to Local Rule 83.5.3.

3. I am admitted to the bars of North Carolina, Virginia, Maryland, and Washington D.C.

4. I am currently a member in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the requirements of the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct. Signed this 28th day of February 2005 in Bethesda, MD.

/s/ John C. Lowe
John C. Lowe
JOHN LOWE, P.C.
5920 Searl Terrace
Bethesda, MD 20816-2023
Telephone:   301-320-5595
Fax:           301-320-8878
johnlowe@johnlowepc.com

## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that, on February 28, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail upon the following person:

/s/ Mayeti Gametchu

Mark Schonfeld, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110