UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMON & CARMON, a partnership, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS CAMPBELL )<br>Schweigmuhlweg 6A )<br>5020 Salzburg, Austria, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION No.<br>05-CV-10198-PBS |

## NOTICE OF APPEARANCE

Kindly enter an appearance of Mayeti Gametchu in the above-captioned action on behalf of Plaintiff, Carmon & Carmon.

Dated: February 28, 2005　　　　　　　　　Respectfully Submitted,
Boston, MA

　　　　　　　　　　　　　　　　　　　　　　/s/ Mayeti Gametchu
　　　　　　　　　　　　　　　　　　　　Kevin J. O'Connor (BBO# 555250)
　　　　　　　　　　　　　　　　　　　　Mayeti Gametchu (BBO# 647787)
　　　　　　　　　　　　　　　　　　　　James W. Bell (BBO# 658123)
　　　　　　　　　　　　　　　　　　　　PARAGON LAW GROUP, LLP
　　　　　　　　　　　　　　　　　　　　184 High Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　(617) 399-7950
　　　　　　　　　　　　　　　　　　　　gametchu@paragonlaw.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Carmon & Carmon

## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that, on February 28, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail upon the following person:

/s/ Mayeti Gametchu

Mark Schonfeld, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

2