UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMON & CARMON, a partnership, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS CAMPBELL )<br>Schweigmuhlweg 6A )<br>5020 Salzburg, Austria, )<br>)<br>Defendants. )<br>) | CIVIL ACTION No.<br>05-CV-10198-PBS |

### [PROPOSED] ORDER ON
### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Plaintiff Carmon & Carmon, having moved under Local Rule 83.5.3(b) for an order admitting John C. Lowe of the law firm John Lowe, PC, 5920 Searl Terrace, Bethesda, MD 20816-2023, to the Bar of this Court *pro hac vice* to argue and try the above-captioned case, and the attorney being a member in good standing in the Bars of North Carolina, Virginia, Maryland, and Washington D.C., it is hereby ORDERED as follows:

The motion is granted, and Mr. Lowe is admitted to the Bar of this Court *pro hac vice*.

Dated: Boston, Massachusetts
February 28, 2005

_____
Patti B. Saris, U.S.D.J.