UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMON & CARMON, a partnership, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENNIS CAMPBELL ) <br> Schweigmuhlweg 6A ) <br> 5020 Salzburg, Austria, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION No. <br> 05-CV-10198-PBS |

## NOTICE OF APPEARANCE

Kindly enter an appearance of Kevin J. O'Connor in the above-captioned action on behalf of Plaintiff, Carmon & Carmon.

Dated: February 28, 2005
Boston, MA

Respectfully Submitted,

/s/ Kevin J. O'Connor
Kevin J. O'Connor (BBO# 555250)
Mayeti Gametchu (BBO# 647787)
James W. Bell (BBO# 658123)
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA 02110
(617) 399-7950
gametchu@paragonlaw.com

Attorneys for Plaintiff
Carmon & Carmon

## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that, on February 28, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail upon the following person:

/s/ Kevin J. O'Connor

Mark Schonfeld, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110