UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMON & CARMON, a partnership, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS CAMPBELL )<br>Schweigmuhlweg 6A )<br>5020 Salzburg, Austria, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION No.<br>05-CV-10198-PBS |

### EMERGENCY MOTION FOR EXPEDITED HEARING

Plaintiff Carmon & Carmon hereby respectfully asks the Court to schedule a hearing on Defendant's Motion to Extend Time to Respond to Complaint for March 2, 2004, or at any time prior that is convenient for the Court. As grounds for the motion, Plaintiff states as follows:

1. Defendant has known about the allegations against him for over a year, having been sent in January 2004 a courtesy copy of a D.C. counterclaim naming him on the same allegations.

2. After Defendant was served with the complaint, Plaintiff agreed to extend the time within which Defendant was to answer the complaint to March 4, 2004. Plaintiff did not agree that this extension permitted Defendant to file a motion to dismiss in lieu of an answer. Defendant's answer is, therefore, due on March 4.

3. Further, Plaintiff needs and is entitled to an answer by March 4, as Defendant's deposition is scheduled for March 9, all of which are known to defense counsel.

1

4. Reneging on his agreement to provide an answer by March 4, Defendant filed a Motion to Extend the Time to Respond to Complaint on Friday, February 25, 2005. Notably, this motion was filed after the time period within which Defendant's answer was due under the federal rules.

5. Defendant asks to be able to avoid answering and only file a motion to dismiss on what must be considered frivolous grounds of statute of limitations, since he is still today the applicant in the Trademark Trial and Appeal Board opposition proceedings over the mark Globalaw, which is the mark in dispute in the litigation in your Court.

6. Today, February 28, 2005, Plaintiff filed, by hand, an Opposition to the motion.

7. In addition to those contained herein, Plaintiff's Opposition sets forth the further reasons for the need for an expedited hearing on this matter.

WHEREFORE, Plaintiff respectfully requests that the Court schedule an expedited hearing on this matter for March 2, 2005, or at any prior time convenient for the Court.

| | |
|---|---|
| Dated: February 28, 2005<br>Boston, MA | Respectfully Submitted,<br><br>/s/ Mayeti Gametchu<br>Kevin J. O'Connor (BBO #555250)<br>Mayeti Gametchu (BBO #647787)<br>James W. Bell (BBO #658123)<br>PARAGON LAW GROUP, LLP<br>184 High Street, 4th Floor<br>Boston, MA 02110<br>Telephone:   617-399-7950<br>Fax:         617-399-7955<br>gametchu@paragonlaw.com<br><br>Attorneys for Plaintiffs<br>CARMON & CARMON |

OF COUNSEL

John C. Lowe
JOHN LOWE, P.C.
5920 Searl Terrace
Bethesda, MD 20816-2023
Telephone:   301-320-5595
Fax:         301-320-8878
johnlowe@johnlowepc.com

### L.R. 71(A)(2) CERTIFICATION

I hereby certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issues contained herein.

/s/ Mayeti Gametchu

### CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that, on February 28, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail upon the following person:

/s/ Mayeti Gametchu

Mark Schonfeld, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

3