UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 25  P 1:29

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
CARMON & CARMON, )
)
Plaintiff, )
)    CIVIL ACTION NO. 05-10198 PBS
v. )
)
DENNIS CAMPBELL, )
)
Defendant. )
)

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

The Defendant Dennis Campbell ("Campbell") respectfully moves this Court for an extension of ten (10) days, to and including March 4, 2005, to respond to Plaintiff Carmon & Carmon's Complaint. The Plaintiff has refused to agree to this request unless Campbell agrees not to file a Motion to Dismiss.

In support of this Motion, Campbell says:

1. Campbell is an attorney and is a resident of Salzburg, Austria, where he is Director of the Center for International Legal Studies. He was in Boston for about two weeks teaching a course on international law when he was served with the Complaint in this case.

2. Plaintiff is a New York law firm which asserts that it has rights to the name "Globalaw". Campbell was a founder of the Globalaw International Law Group, a network of law firms, which he founded in about 1994.

3. Campbell has not been involved in Globalaw since December 31, 2001. He transferred his rights in Globalaw to the network of law firms in February 2002.

4. The Plaintiff has been involved in litigation with Campbell since about 1996, when Plaintiff opposed Campbell's application to register the trademark GLOBALAW. That litigation has continued in the U.S. District Court in Washington D.C. in the case of *Globalaw Limited v. Carmon & Carmon Law Office, et al.*, Case No. 03-00950 ("the D.C. Litigation").

5. In the D.C. Litigation, Plaintiff sued Campbell. However, Plaintiff failed to serve Campbell despite obtaining extensions of time to do so.

6. Apparently, Plaintiff discovered that Campbell would be teaching a short course at Suffolk University Law School, sued him in this court, and served him in Boston. However, the allegations against Campbell do not raise any issues different from the pending D.C. Litigation.

7. On February 18, 2005, Mark Schonfeld, newly retained to defend Campbell in this Court, telephoned Plaintiff's counsel John Lowe to ask for an extension of time to Friday, March 4th to respond to the Complaint. Mr. Lowe agreed, and asked Mr. Schonfeld to send a draft copy of the Motion to Plaintiff's local counsel, Kevin O'Connor of Paragon Law Group for his approval.

8. By e-mail dated February 23, 2005, Mr. Schonfeld sent the Motion to Mr. O'Connor. A copy of the e-mail is attached as Exhibit 1.

9. Later that day at about 4:00 p.m., Mr. O'Connor telephoned Mr. Schonfeld to advise that his co-counsel, Mr. Lowe, would not allow him to sign the Motion because the extension permitted Campbell "to answer *or otherwise respond*" (emphasis added). He said that Campbell could file only an

Answer, not a Motion to Dismiss.

10. Mr. Schonfeld asked Mr. O'Connor if he really wanted to press this discourteous point before the Court, especially since Mr. Lowe had not mentioned this condition on February 18. Mr. Schonfeld asked Mr. O'Connor to raise this issue again with Mr. Lowe.

11. On Thursday, February 24, 2005, Mr. O'Connor informed Mr. Schonfeld that Mr. Lowe would grant the extension only if Campbell filed an Answer. He suggested that Campbell could file and Answer *and* a Motion to Dismiss.

12. As a result of this unreasonable conduct which was raised at the eleventh hour, Campbell is forced to present this Motion to the Court. Campbell's counsel is keenly aware of the Court's dislike for unnecessary bickering and rude conduct by counsel, but Plaintiff's actions have left counsel with no alternative.

13. Campbell should not be forced to give up his right to file a Motion to Dismiss based on the statute of limitations. The litigation between Plaintiff and Globalaw has continued for ten (10) years, and Plaintiff was aware many years ago of all the allegations it has raised in this new case filed in 2005.

For these reasons, the Defendant Dennis Campbell respectfully requests this Court to extend the time for him to respond to the Plaintiff's Complaint through March 4, 2005.

Respectfully submitted,

**DENNIS CAMPBELL**

By his Attorneys

BURNS & LEVINSON LLP

_____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: 617.345-3000
Facsimile: 617.345.3299

Dated: February 25, 2005

### L.R. 7.1(A)(2) Certification

I hereby certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue.

_____
Mark Schonfeld

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on Feb 25 2005
Mark Schonfeld

J:\Docs\27290\00000\00908683.DOC

### Mark Schonfeld

**From:** Mark Schonfeld
**Sent:** Wednesday, February 23, 2005 2:56 PM
**To:** 'oconnor@paragonlaw.com'
**Cc:** 'John Lowe'
**Subject:** Carmon & Carmon v. Dennis Campbell

Kevin,

John Lowe has agreed to an extension until March 4th. Enclosed is the proposed Motion. May I sign your name to it? I'd like to file it today, if possible.

    Thanks,
    Mark

Mark Schonfeld
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

Tel: 617-345-3329
E-Mail: mschonfeld@burnslev.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMON & CARMON, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS CAMPBELL <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No.: 05-10198 PBS <br> ) <br> ) <br> ) <br> ) |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

Defendant Dennis Campbell respectfully moves this Court, with the assent of Plaintiff, for an order extending the time an additional ten (10) days, through and including March 4, 2005, for defendant Dennis Campbell to answer or otherwise respond to the Complaint of plaintiff, Carmon & Carmon.

Assented to:

CARMON & CARMON

By: _____
Kevin J. O'Connor
BBO No. 555250
Paragon Law Group, LLP
184 High Street
Boston, MA 02110

Respectfully submitted,

DENNIS CAMPBELL

By: _____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

Dated: February ___, 2005
J:\Docs\27290\00000\00907530.DOC