# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CARMON & CARMON,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DENNIS CAMPBELL,** ) <br> ) <br> Defendant. ) <br> ) | **CIVIL ACTION NO. 05-10198 PBS** |

## DEFENDANT'S MOTION TO DISMISS

The defendant, Dennis Campbell, respectfully moves this Court to dismiss Plaintiff Carmon & Carmon's Complaint under Fed. R. Civ. P. 12(b)(6) on the grounds that all the allegations of the Complaint are barred by the applicable Statute of Limitations.

A supporting Memorandum of Law is filed herewith.

Respectfully submitted,

**DENNIS CAMPBELL**

By his Attorneys

BURNS & LEVINSON LLP

_____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: 617.345-3000
Facsimile: 617.345.3299

Dated: March 4, 2005

## L.R. 7.1(A)(2) Certification

I hereby certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue.

_____
Mark Schonfeld

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on **3-4-05**
_____

J:\Docs\27290\00000\00909687.DOC