UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CARMON & CARMON, a partnership,   )
                                  )
            Plaintiff,            )
                                  )
      v.                          )   CIVIL ACTION No.
                                  )   05-CV-10198-PBS
DENNIS CAMPBELL                   )
Schweigmuhlweg 6A                 )
5020 Salzburg, Austria,           )
                                  )
            Defendant.            )
_____)

**ASSENTED-TO MOTION TO ENLARGE TIME WITHIN WHICH
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS IS DUE**

Plaintiff Carmon & Carmon hereby respectfully moves the Court to enlarge the time within which Plaintiff's opposition to Defendant Dennis Campbell's motion to dismiss on statute of limitations grounds is due until May 2, 2005.  As grounds for this motion, Plaintiff states as follows:

1. Defendant assents to the request sought herein, and no parties will be prejudiced thereby.

2. Plaintiff requires the additional time in order to fully evaluate and respond to the arguments contained in Defendant's motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant it leave to file an opposition to the above-referenced motion to dismiss by May 2, 2005.

Dated:  April 14, 2005                                             Respectfully Submitted,
Boston, MA

  /s/ Mayeti Gametchu
Kevin J. O'Connor (BBO# 555250)
Mayeti Gametchu (BBO# 647787)
PARAGON LAW GROUP, LLP
184 High Street, 4th Floor
Boston, MA 02110
(617) 399-7950

Attorneys for Plaintiff

CARMON & CARMON

ASSENTED-TO:

  /s/ Mark Schonfeld  (mg)
Mark Schonfeld (BBO# 446980)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3329