UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMON & CARMON, a partnership, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENNIS CAMPBELL ) <br> Schweigmuhlweg 6A ) <br> 5020 Salzburg, Austria, ) <br> ) <br> Defendant. ) | CIVIL ACTION No. <br> 05-CV-10198-PBS |

**ASSENTED-TO MOTION TO ENLARGE TIME WITHIN WHICH OPPOSITION TO DEFENDANT'S MOTION TO DISMISS IS DUE**

Plaintiff Carmon & Carmon hereby respectfully moves the Court to enlarge the time within which Plaintiff's opposition to Defendant Dennis Campbell's motion to dismiss on statute of limitations grounds is due until May 16, 2005. As grounds for this motion, Plaintiff states as follows:

1. Defendant assents to the request sought herein, and no parties will be prejudiced thereby.

2. Plaintiff requires the additional time in order to fully evaluate and respond to the arguments contained in Defendant's motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant it leave to file an opposition to the above-referenced motion to dismiss by May 16, 2005.

Dated:  April 28, 2005  
Boston, MA

Respectfully Submitted,

  /s/ Mayeti Gametchu  
Kevin J. O'Connor (BBO# 555250)  
Mayeti Gametchu (BBO# 647787)  
PARAGON LAW GROUP, LLP  
184 High Street, 4th Floor  
Boston, MA 02110  
(617) 399-7950

Attorneys for Plaintiff

CARMON & CARMON

ASSENTED-TO:

  /s/ Mark Schonfeld  (mg)  
Mark Schonfeld (BBO# 446980)  
Burns & Levinson LLP  
125 Summer Street  
Boston, MA 02110  
(617) 345-3329