UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CARMON & CARMON, a partnership,   )
                                  )
            Plaintiff,            )
                                  )
      v.                          )   CIVIL ACTION No.
                                  )   05-CV-10198-PBS
DENNIS CAMPBELL                   )
Schweigmuhlweg 6A                 )
5020 Salzburg, Austria,           )
                                  )
            Defendant.            )
_____)

**ASSENTED-TO MOTION TO ENLARGE TIME WITHIN WHICH
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS IS DUE**

Plaintiff Carmon & Carmon hereby respectfully moves the Court to enlarge the time within which Plaintiff's opposition to Defendant Dennis Campbell's motion to dismiss on statute of limitations grounds is due until May 31, 2005. As grounds for this motion, Plaintiff states as follows:

1. Defendant assents to the request sought herein, and no parties will be prejudiced thereby.

2. Plaintiff requires the additional time in order to fully evaluate and respond to the arguments contained in Defendant's motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant it leave to file an opposition to the above-referenced motion to dismiss by May 31, 2005.

| | |
|---|---|
| Dated: May 13, 2005<br>Boston, MA | Respectfully Submitted,<br><br>  /s/ Mayeti Gametchu<br>Kevin J. O'Connor (BBO# 555250)<br>Mayeti Gametchu (BBO# 647787)<br>PARAGON LAW GROUP, LLP<br>184 High Street, 4th Floor<br>Boston, MA 02110<br>(617) 399-7950<br><br>Attorneys for Plaintiff<br><br>CARMON & CARMON |

ASSENTED-TO:

  /s/ Mark Schonfeld  (mg)
Mark Schonfeld (BBO# 446980)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3329

0048-002-101667.DOC