UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CARMON & CARMON, a partnership,   )
                                  )
            Plaintiff,            )
                                  )
        v.                        )      CIVIL ACTION No.
                                  )      05-CV-10198-PBS
DENNIS CAMPBELL                   )
Schweigmuhlweg 6A                 )
5020 Salzburg, Austria,           )
                                  )
            Defendant.            )
_____)

**JOINT AND FINAL MOTION TO ENLARGE TIME WITHIN
WHICH OPPOSITION TO DEFENDANT'S MOTION TO DISMISS IS DUE**

Plaintiff Carmon & Carmon and Defendant Dennis Campbell hereby respectfully move the Court to enlarge the time within which Plaintiff's opposition to Defendant's Motion to Dismiss on statute of limitations grounds is due until June 15, 2005.  As grounds for this motion, the parties states as follows:

1.    The parties have been attempting to settle this case since April 2005.  A major difficulty has been that there is a claim of ownership to the GLOBALAW trademark at issue in this case by numerous law firms.  The parties require a short additional extension in order to continue negotiating the settlement.

2.    The parties are aware that the Court has ordered that there be no further extensions.  However, the parties reasonably believe that, if the Court grants a final extension to June 15, 2005, they will either resolve the case or they agree that they will litigate it efficiently and quickly.

1

3.      No party will be prejudiced by the extension requested herein, which the parties state is the last that they will seek.  In addition, due to the fact that the extension is requested in order to aid the parties in resolving this matter, the extension is in the interests of justice and will facilitate judicial economy.

WHEREFORE, the parties respectfully requests that the Court grant the Plaintiff one final extension to file an opposition to the above-referenced Motion to Dismiss to and including June 15, 2005.

Dated:  May 27, 2005                                              Respectfully Submitted,
Boston, MA


   /s/ Mayeti Gametchu
Kevin J. O'Connor (BBO# 555250)
Mayeti Gametchu (BBO# 647787)
PARAGON LAW GROUP, LLP
184 High Street, 4th Floor
Boston, MA 02110
(617) 399-7950
Attorneys for Plaintiff

CARMON & CARMON

   /s/ Mark Schonfeld  (mg)
Mark Schonfeld (BBO# 446980)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3329

Attorney for Defendant

DENNIS CAMPBELL

0048-002-101719

2