-----UNITED STATES DISTRICT COURT<br>
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMON & CARMON, )<br><br>Plaintiff, )<br><br>v. )<br><br>DENNIS CAMPBELL, )<br><br>Defendant. ) | CIVIL ACTION NO. 05-10198 PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that this action be dismissed with prejudice, but without any decision upon or implications regarding the merits of the claims alleged in the action, with each party to bear its own costs and expenses and all rights of appeal being waived.

Respectfully submitted,

DENNIS CAMPBELL

By his attorneys,

_[signature]_

Mark Schonfeld (BBO #446980)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

Dated: November 3, 2005

Respectfully submitted,

CARMON & CARMON

By its Attorneys,

_[signature]_

Kevin J. O'Connor (BBO #555250)
Mayeti Gametchu (BBO #647787)
PARAGON LAW GROUP
184 High Street, 4th Floor
Boston, MA 02110
Telephone: (617) 399-7950